```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JOSE RAMON SOLER,
    Plaintiff,


    v.                                  CIVIL ACTION NO.
                                      16-11975-MBB

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,
    Defendant.


## FINAL JUDGMENT

### August 23, 2017


**BOWLER, U.S.M.J.**

    The issues having been duly tried and this court having rendered a decision,

    It is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.


                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge